UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

RUBEN ROQUE                                                    CASE NO. 08-13450
                         DEBTOR(S).                            CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds

and states as follows:

1.      That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this

estate, which should be distributed to creditors thereof.

2.      The following distributions are in an amount under $5.00:

> Claim #1 of American Electric Power
> Account number:  0416758003
> Claimed amount:  $138.79
> Pro rata distribution:  $2.84

3.      Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in

the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4.      Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to

the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  December 29, 2009              /s/ Mark A. Warsco
                                       Mark A. Warsco, Trustee
                                       P.O. Box 11647
                                       Fort Wayne, IN  46859-1647
                                       Telephone:  (260) 469-0256
                                       e-mail: bankruptcy@rlwlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on December 29, 2009:

STEVEN J. GLASER
Glaser.Bankruptcy@verizon.net

Office, U.S. Trustee
USTPREGION10.SO.ECF@USDOJ.GOV

American Electric Power
PO Box 2021
Roanoke, VA 24022-2121

/s/  Mark A. Warsco
Mark A. Warsco, Trustee